**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon Ranch, LLC,<br><br>　　　　　Plaintiff,<br>vs.<br><br>Fann Contracting, Inc., et al.,<br><br>　　　　　Defendants.<br>_____<br>Fann Contracting, Inc. et al.,<br><br>　　　　　Counterclaimants,<br>vs.<br><br>Grand Canyon Ranch, LLC, et al.,<br><br>　　　　　Counterdefendants.<br>_____<br>Fann Contracting, Inc.,<br><br>　　　　　Third-Party Plaintiff,<br>vs.<br><br>Sally Jewel,<br><br>　　　　　Third-Party Defendant. | No. CV-13-01855-PHX-SPL<br><br>**ORDER** |

　　This matter having recently come before this Court,

　　**IT IS ORDERED** that a motion pursuant to Rule 12(b) of the Federal Rules of Civil Procedure is discouraged if the defect can be cured by filing an amended pleading.

1 Therefore, the parties must meet and confer prior to the filing of a motion to dismiss to
2 determine whether it can be avoided. Consequently, motions to dismiss must contain a
3 certification of conferral indicating that the parties have conferred to determine whether
4 an amendment could cure a deficient pleading, and have been unable to agree that the
5 pleading is curable by a permissible amendment. In addition, parties shall endeavor not to
6 oppose motions to amend that are filed prior to any Scheduling Conference or within the
7 time set forth in by any Rule 16 Case Management Order. Motions to dismiss that do not
8 contain the required certification are subject to be stricken on the Court's motion.

Dated this 12th day of September, 2013.

Honorable Steven P. Logan
United States Magistrate Judge